IN The UNITED States District Court
For The Northern District of Georgia
Atlanta Division

Cynthia Elliott

    Petitioner

-against-

United States; Internal Revenue Service,

    Respondent

1:08-MI-0284

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 11 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

"Petition to Quash Summons"

Petitioner Cynthia Elliott ("Elliott") petitions the Court to quash the Summons served July 22, 2008 on the Bank of America Attn: Custodian of Records ("Bank") by Respondent Internal Revenue Service ("IRS"). A copy of the Summons is included in Elliott's Declaration #1 Exhibit A.

## JURISDICTION

Elliott claims arise under First, Fourth, Fifth, Ninth and Fourteenth Amendments to the U S. Constitution. This Court has jurisdiction under Article III of the Constitution and 28 U.S.C. Sections 1331 and 1343(3). The Bank, located in Atlanta, Georgia is located within the boundaries of this Federal District Court. This Court has jurisdiction under 26 U.S.C. 7609.

## RELIEF REQUESTED

Petitioner respectfully requests an order:

    a)    quashing the IRS Summons served on July 22, 2006, or

b)    alternatively, scheduling an evidentiary hearing to determine the legitimacy of the Summons, and

c)    temporarily and preliminarily enjoining and prohibiting the IRS from enforcing the Summons, by directing the IRS to notify the Bank not to comply with the summons and not to send the summoned information, until the underlying questions before the Court are fully determined, and

d)    granting such other and further relief that to the court may seem just and proper.

## PARTIES

Cynthia Elliott is over the age of 18, is a citizen of the State of Georgia. She resides at 3154 Abbey Drive, Atlanta, GA 30331. She is the owner of GEOMETRICAL SERVICES, INC ("Company") an Atlanta based company. The UNITED STATES is the federal government created in 1787 by the several States.

On information and belief, the INTERNAL REVENUE SERVICE ("IRS") is an agency of the Executive Branch of the United States and a division of the U.S. Department of the Treasury.

## STATEMENT OF THE CASE

This Petition arises from the service of an IRS "third-party" summons on Elliott's Bank and the violation of Petitioner Rights as guaranteed by certain Amendments to the Constitution of the United States of America: the First Amendment's guarantee of the Right of free Speech, Association and Petition; the Fourth Amendment's guarantee of the Right to privacy and against unreasonable searches and seizures; the

Fifth and Fourteenth Amendment's guarantee of the Right to Due Process; and the Ninth Amendment's guarantee of the Right to be left alone.

This Petition also arises from the failure of the Respondent's to respond to Petitioner's Petition for Redress of Grievances regarding Respondent's violation of their power to make war, to tax, to make and borrow money and to police. Respondents are obligated to respond under the Petition Clause of the First Amendment to the Constitution of the United States of America.

This complaint also arises from the Executive Branch of the United States government in its retaliation against Petitioner for Petitioning the government for a Redress of Grievances, namely grievances relating to violations of the U.S. Constitution's ware powers, taxing, money and "privacy" clauses, and for Peaceably Assembling and Associating with other individuals under the umbrella of the GEOMETRICAL SERVICES, INC for Constitutional Education and the GEOMETRICAL SERVICES, INC Congress.

Respectfully submitted,

Dated: August 8, 2008

CYNTHIA ELLIOTT
3154 Abbey Drive
Atlanta, GA 30331



# Summons

In the matter of  CYNTHIA ELLIOTT
Internal Revenue Service (Division): Criminal Investigation
Industry/Area (name or number). Atlanta Field Office
Periods: Calendar years 2002 through 2008

## The Commissioner of Internal Revenue

To: Bank of America Attn. Custodian of Records
At: 1425 NW 62nd Street Fort Lauderdale, FL 33309

You are hereby summoned and required to appear before  Special Agent Monique Fields  an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books. records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown

See attachment.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
IRS Criminal Investigation, 401 West Peachtree Street, Room 660 Stop 403-D, Atlanta, GA 30308  (404) 338-7742

**Place and time for appearance at** IRS Criminal Investigation
401 West Peachtree Street, Room 660, Atlanta, GA 30308

on the  16th  day of  August  2008  at  2  o'clock  p.  m
(year)
Issued under authority of the Internal Revenue Code this  22nd  day of  July  .  2008
(year)

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Signature of issuing officer — Special Agent — Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Signature of approving officer (if applicable) — Title

**Part C — to be given to noticee**

ATTACHMENT TO SUMMONS ISSUED TO:  Bank of America

<u>ALL OPEN AND CLOSED ACCOUNTS</u>

For the years: 2002 - 2008

All records pertaining to the following individuals and business entities whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which these individuals or entities may have a financial interest:
CYNTHIA ELLIOTT (SSN: 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)
GEOMETRICAL SERVICES

3154 Abbey Drive
Atlanta, GA 30331

To include all accounts in which these individuals had signatory authority and/or the right of withdrawal.

These records should include but are not limited to:

<u>SAVINGS ACCOUNT RECORDS:</u>  Including signature cards, ledger cards or records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, wire transfers and checks issued for withdrawals, Forms 1099 issued. (Limit Items to $500 and over)

<u>CHECKING ACCOUNT RECORDS:</u>  Including signature cards, bank statements, deposit slips, checks deposited, checks drawn on the account, wire transfers, records pertaining to all debit and credit memos, Forms 1099 issued. (Limit Items to $500 and over)

<u>LOAN RECORDS:</u>  Including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

<u>SAFE DEPOSIT BOX RECORDS:</u>  Including contracts, access records, and records of rental fees paid disclosing the date, amount, and method of payment (cash or check).

<u>CERTIFICATES OF DEPOSIT AND MONEY MARKET CERTIFICATES:</u> Including applications, actual instruments(s), records of purchases and redemption's, checks issued on redemption, checks used to purchase certificate, any correspondence and

any Forms 1099 issued, records revealing the annual interest paid or accumulated, the dates of payment or date interest is earned, checks issued for interest payments.

U.S. TREASURY NOTES AND BILLS: All records of the purchase of U.S. Treasury Bills and Notes and/or subsequent sale of such bills or notes, including interest paid, checks used for the purchase or sale of the notes and bills, Forms 1099 issued, checks issued for interest payments, records of interest paid or accumulated revealing the dates and amount of interest paid or accumulated.

CREDIT CARD RECORDS: Including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back).

PURCHASES OF BANK CHECKS: Purchases of bank checks, cashier, teller, travelers' check records, or money order records including the check register, file copies of the checks or money orders, records revealing the date and source of payment for said checks or money orders.

OTHER RECORDS: Records of certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your bank, savings bond transactions and investment accounts. Such records that disclose the date and amount of the transaction, method (cash or check) and source of payment, instruments and statements of transactions.

All correspondence with the above persons/entities and/or with third parties regarding the above persons/entities. All memoranda, notes, files, or records relating to meetings or conversations concerning the above persons/entities.

RECORD FORMAT: In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in 3 1/2 inch diskettes or compact disks (CDs). ASCII fixed length files are preferred, however, ASCII delimited format is acceptable. A record layout for the data is also requested.